

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KELLIE R. CLARK,                       §
                                       §
          Plaintiff,                   §
                                       §
VS.                                    §   NO. 4:03-CV-1003-A
                                       §
WISE COUNTY SHERIFF'S                  §
DEPARTMENT, ET AL.,                    §
                                       §
          Defendants.                  §

## FINAL JUDGMENT

In accordance wit the court's memorandum opinion and order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that plaintiff, Kellie R. Clark, take nothing on her claims against defendants, Wise County Sheriff's Department, Wise County, Texas, and Phil Ryan, and that such claims be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that defendants have and recover their court costs from plaintiff.

SIGNED May 2 0, 2004.

JOHN MCBRYDE
United States District Judge